El Comercio Publishing Company, appellee, v. R. A. Mathews Advertising Corporation, appellant. Gen. No. 28,699.

Action upon advertising contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed June 25, 1924.

Walter Hamilton, for appellant. No appearance for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

R. C. McGill & Company, defendant in error, v. Peter Peerbolte, plaintiff in error. Gen. No. 28,359.

Bill to secure accounting under contract for marketing of produce on profit-sharing basis. Decree for complainant. Error to the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed June 25, 1924. Rehearing denied July 15, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Rathje, Wesemann, Hinckley & Barnard, for plaintiff in error. Justin K. Orvis and Ela, Grover & March, for defendant in error; Justin K. Orvis, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Sam Bobell, plaintiff in error. Gen. No. 28,645.

Conviction of unlawfully possessing intoxicating liquor. Error to the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed June 25, 1924.

Miles J. Devine, for plaintiff in error. Robert E. Crowe, State's Attorney, for defendant in error; Edward E. Wilson and Clyde C. Fisher, Assistant State's Attorneys, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

Edward Nelson and A. J. Hunter, administrators, with will annexed, of the estate of David H. Beecher, deceased, appellants, v. E. E. McCarthy, appellee. Gen. No. 28,659.

Action upon promissory notes. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Peter H. Schwaba, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Reversed and judgment here. Opinion filed June 25, 1924.

Einar Hoidale and Cooney & Verhoeven, for appellants. Franklin Raber, for appellee.

Mr. Justice Thomson delivered the opinion of the court.